**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7819**

———————

LARRY KEITH GREEN, a/k/a Said Abdullah Hakim,

Plaintiff – Appellant,

v.

NORTH CAROLINA DEPARTMENT OF CORRECTIONS; CARLTON B. JOYNER; TRESA BROWN TOMLINSON; BOBBY W. MARSHALL; G. BLACKMAN; H. CLAY; SERGEANT STRICKLAND; D. STANLEY; J. MARTIN, Governor; T. GULLEY; CORRECTIONAL OFFICER COBB; CORRECTIONAL OFFICER PRATT; B. TALLY; JOSEPH UMESI; CARMEN HENDRICKS; HOPE SMITH; D. STRICKLAND; JOHN ASLETT; M. REYNOLDS; P. DAVIS; W. LUNSFORD; THOMAS TART,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:11-ct-03175-BO)

———————

Submitted: March 27, 2014      Decided: March 31, 2014

———————

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Keith Green, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Keith Green appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2012), and denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Green v. North Carolina Dep't of Corr., No. 5:11-ct-03175-BO (E.D.N.C. June 26 & Oct. 29, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED